**Opinion filed August 30, 2019**



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00207-CR

_____

## JAY MIRANDA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 20545B**

## M E M O R A N D U M   O P I N I O N

Appellant, Jay Miranda, has filed a motion to dismiss this appeal. In the motion, Appellant indicates that he no longer desires to pursue an appeal, and he requests that this appeal be dismissed. The motion to dismiss is signed by both Appellant and Appellant's counsel in compliance with TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.


PER CURIAM


August 30, 2019

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.